United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL TAPP, et al.,<br>        Plaintiffs,<br>  v.<br>SKYWEST, INC., et al.,<br>        Defendants.<br>_____ / | No. C-15-5146 MMC<br><br>**ORDER RE: CHAMBERS COPIES** |

On November 13, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit in single-sided format all chambers copies of documents filed in the future. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: November 18, 2015

                                      MAXINE M. CHESNEY<br>
                                      United States District Judge