## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHERYL TAPP, RENEE SITAVICH, SARAH HUDSON, BRANDON COLSON, BRUNO LOZANO[1], <br><br> Plaintiffs, <br><br> v. <br><br> SKYWEST, INC. and SKYWEST AIRLINES, INC., <br><br> Defendants. | Case No. 1:15-cv-11117 <br> Honorable Judge John J. Tharp, Jr. <br><br> **NOTICE OF PARTIAL SETTLEMENT AND JOINT REQUEST TO CONTINUE SUMMARY JUDGMENT BRIEFING** |

Plaintiffs Cheryl Tapp, Renee Sitavich, Sarah Hudson, Bruno Lozano[1] ("Plaintiffs") and Defendants SkyWest, Inc. and SkyWest Airlines, Inc. ("SkyWest" and, together with Plaintiffs, the "Parties") have agreed to a partial settlement under which Plaintiffs will voluntarily dismiss several of the remaining claims in this case. The Parties respectfully request that the Court continue summary judgment briefing for thirty (30) days, to enable them to finalize their settlement, stipulate to partial dismissal, and thus narrow the issues to be decided through summary judgment.

1. Plaintiffs, former flight attendants for SkyWest, filed suit against SkyWest alleging several wage and hour theories. After multiple motions to dismiss and class certification motion practice, nine individual claims remain that arise under California's minimum wage laws (Count III), California's overtime laws (a claim without a separately numbered count), California's waiting time penalty law (Count IV), California's wage-statement requirements (Count V), California's Unfair Competition Law (Count VI); San Francisco's minimum wage ordinance (Count VII); Los Angeles's living wage ordinance (Count VII); and Washington's Minimum Wage Act (Count XI) and overtime law (Count XII). *See* Order Granting Mot. to Exclude, ECF

---

[1] Former plaintiff Brandon Colson's claims were previously disposed of on a Motion to Dismiss.

271 at 1 n.1 (Mar. 28, 2025); *Hirst v. SkyWest, Inc.*, 2022 WL 3999701, at *6 & n.7 (N.D. Ill. Aug. 31, 2022).

2. In May 2025, the Court entered a minute order that scheduled summary judgment briefing. Under the current schedule, SkyWest's motion is due by June 27, 2025 and Plaintiffs' opposition is due by July 28, 2025. Min. Order, ECF 275 (May 13, 2025).

3. In the scheduling order, the Court "encouraged [the Parties] to continue settlement discussions." *Id.* The Parties did so and agreed to a settlement figure that would resolve many of the remaining claims, as well as cover attorneys' fees and costs to date.

4. Specifically, the Parties have agreed to stipulate to full settlement and dismissal of five claims, and partial settlement and dismissal of three others. They will settle and dismiss in their entirety claims for alleged violations of California's minimum wage laws (Count III); San Francisco's minimum wage ordinance (Count VII); Los Angeles's living wage ordinance (Count VII); and Washington's Minimum Wage Act (Count XI) and overtime law (Count XII). In addition, the Parties will partially settle and dismiss claims alleging violations of California's wage-statement requirements (Count V), Unfair Competition Law (Count VI), and waiting time penalty laws (Count IV). These three claims will be settled and dismissed only to the extent that they are derivative of any of the fully dismissed claims.

5. Once the Parties formally settle and dismiss the claims described in the preceding paragraph, only four claims will remain to be decided at summary judgment. First, Plaintiffs' claim for overtime under California law will survive for summary judgment. Next, two claims will remain solely to the extent that they are derivative of this overtime claim – specifically, the claims for alleged violations of the California's waiting time penalty law (Count IV) and its Unfair Competition Law (Count VI). Finally, the wage-statement claim will remain solely to the extent

that it is a) derivative of the overtime claim and b) substantive (Count V).

6. Although the Parties have agreed to stipulate to the partial settlement just described, they need additional time to finalize the terms of the settlement and formally stipulate to the dismissal of claims. Doing so before filing summary judgment briefs maximizes efficiency because the stipulated settlement and dismissal would significantly narrow the remaining issues for the Parties and the Court.

7. Accordingly, the Parties jointly request that the Court continue the summary judgment briefing schedule for thirty (30) days. The Parties specifically request the following briefing schedule: SkyWest's summary judgment motion due on July 28, 2025; Plaintiffs' response due on August 27, 2025; and SkyWest's reply due on September 17, 2025.

DATED:   June 17, 2025

Respectfully submitted,

By: /s/ *Mitchell M. Breit*
Mitchell M. Breit (pro hac vice)
Roy Shimon (pro hac vice)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, NY 10022
Telephone: (347) 668-8445
*rshimon@milberg.com*
*mbreit@milberg.com*

Gregory F. Coleman
William A. Ladnier (*pro hac vice*)
Leland H. Belew (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
gcoleman@milberg.com
wladnier@milberg.com
lbelew@milberg.com

By: /s/ *Amanda C. Sommerfeld*
Amanda C. Sommerfeld (SBN 185052)
 (*pro hac vice*)
**JONES DAY**
555 S. Flower St., 50th FL
Los Angeles, CA 90071
Telephone: 213-243-2174
*asommerfeld@jonesday.com*

Michael H. Cramer (ARDC No. 6199313)
Michael D. Ray (ARDC No. 6285109)
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312-558-1220
*michael.cramer@ogletreedeakins.com*
*michael.ray@ogletreedeakins.com*

Rodney A. Harrison, #44566MO
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
*rodney.harrison@ogletreedeakins.com*

Mark R. Miller
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
Telephone: (312) 261-6193
mrm@wallacemiller.com

*Attorneys for Plaintiffs*

Patricia T. Stambelos (SBN 166998)
(*pro hac vice*)
**STAMBELOS LAW OFFICE**
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
Telephone: 805-578-3474
*patricia@patricastambelos.com*

*Attorneys for Defendants*